UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCT. LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4: 20 CV 1250 RWS |
| B.F.W. CONTRACTING, LLC, et al., | ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiffs' motion to extend their expert disclosure deadline mediation deadlines. On April 9, 2021, I amended the case management order at the request of plaintiffs. (Doc. 21). In that Order, I stated: "Although plaintiff only requested the extension of two deadlines, this extension necessarily affects other deadlines so the Court has adjusted those deadlines accordingly. Any future requests for an extension of the case management order shall include proposed amended deadlines for all affected deadlines." (*Id.*).

Plaintiffs have once again requested an extension of deadlines which necessarily affects the remaining deadlines in this case. For example, granting the requested extension of the expert disclosure deadline (which passed a month ago without any extension by the Court) would result in plaintiffs disclosing their expert on August 25, 2021, but the deadline to depose said expert would have

already passed on June 29, 2021 (Doc. 21), as well as the discovery deadline, which is currently August 6, 2021. (Doc. 15). Plaintiffs are also requesting a referral to mediation on September 1, 2021, which is after the discovery cutoff deadline and overlaps the dispositive motion deadlines.

None of these deadlines make any sense, which is why I specifically instructed the parties not to request any more extensions without proposing amended deadlines for all affected deadlines. This motion is denied. Any future requests for extensions of deadlines shall comply with the explicit directive of the Court to "include proposed amended deadlines for all affected deadlines." Any motion not in compliance will be summarily denied. The parties are reminded that they are not in compliance with the current mediation deadlines. Once again, any motion to extend mediation deadlines must also comply with the aforementioned directive of the Court.

**IT IS HEREBY ORDERED that** plaintiffs' motion to extend deadlines [33] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of June, 2021.