UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCT. ) <br> LABORERS WELFARE FUND, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> B.F.W. CONTRACTING, LLC, et al., ) <br> ) <br> Defendants. ) | Case No. 4: 20 CV 1250 RWS |

## **MEMORANDUM AND ORDER**

On March 21, 2022, the Court granted summary judgment in favor of plaintiffs and against defendants in this ERISA unpaid contributions case. Defendants move for reconsideration of summary judgment under Fed. R. Civ. P. 59(e), which permits a court to alter or amend a judgment to correct "manifest errors of law or fact or to present newly discovered evidence." *Innovative Home Health Care, Inc. v. P.T.-O.T. Assoc. of the Black Hills*, 141 F.3d 1284, 1286 (8th Cir. 1998) (cleaned up). "Such motions cannot be used to introduce new evidence, tender new legal theories, or raise arguments which could have been offered or raised prior to entry of judgment." *Id.*

Defendants' motion for reconsideration does not demonstrate that they are entitled to relief, as it merely reiterates arguments previously raised and rejected by the Court.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for reconsideration [70] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2022.