UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCT. LABORERS WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> B.F.W. CONTRACTING, LLC, et al., <br><br> Defendants. | Case No. 4: 20 CV 1250 RWS |

## MEMORANDUM AND ORDER

Defendants filed a motion to stay pending appeal with this Court. ECF 75. Although this Court has the authority to grant stays pending appeal under certain circumstances, *see* Fed. R. App. P. 8(a)(1), defendants' motion relies on Federal Rule of Appellate Procedure 8(a)(2), which permits the Court of Appeals – not this Court -- to grant a stay pending appeal and requires the motion "to be filed with the circuit clerk."

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for stay pending appeal [75] is denied without prejudice to being refiled with the Court of Appeals.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of May, 2022.